ACCEPTED
06-14-00217-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 3:07:52 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00217-CR
TRIAL NO. 44139-B

| | | |
|---|---|---|
| PHYLLIS GWEN PRUITT | § | IN THE COURT OF APPEALS |
| VS. | § | 6TH APPELLATE DISTRICT |
| STATE OF TEXAS | § | STATE OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 3:07:52 PM
DEBBIE AUTREY
Clerk

## APPELLANT'S COUNSEL'S MOTION TO WITHDRAW

Appellant's counsel, pursuant to *Anders v. California*, 386 U.S. 738 (1967), asks this Court to permit him to withdraw from representation of Phyllis Gwen Pruitt in the above referenced matter. This motion is based on the following grounds:

### A. Introduction

1.     Appellant pled open to the state jail felony charge of Possession of a Controlled Substance and was sentenced by Judge Alfonso Charles of the 124th District Court to 15 months incarceration in the Texas Department of Criminal Justice, with the sentence to run concurrently with 43975-B.

2.     Attorney Kyle Dansby continued his representation of Appellant through the writing of this *Anders* brief. Attorney filed the requisite Notice of Appeal.

3.     In this appeal, appellate counsel is unable to advance any error wanting a reversal of the sentence or any other form of relief for Appellant. Therefore, pursuant to *Anders v. California*, he files this Appellant's Counsel's Motion to Withdraw in support of motion to withdraw asking this Court to allow him to withdraw from his representation of Appellant in this matter.

### B. Grounds

4.     Counsel has thoroughly read and reviewed the entire appellate record in search of any arguable grounds of error to raise which would support either a reversal of the sentence of some other form of relief. After performing due diligence and researching the potential grounds for appeal, appellate counsel is unable to find any error that he, in good faith, can put forth which warrants a reversal of the sentence of any other form of relief. Appellate counsel is aware that he has a duty to present all arguable grounds of error that would afford Appellant a reversal of her sentence of any other form of relief.

### C. Notice of Appellant of Motion

5.     A copy of the *Anders* brief in support of motion to withdraw and corresponding Motion to Withdraw have been forwarded to Appellant. *See* Exhibit A. Appellant has also been advised that he has thirty days to file a pro se response or a motion requesting an extension of time in which to file a response pursuant to *Wilson v. State*, 955 S.W.2d 693 (Tex. App. – Waco, 1997, order), disp on merits, 3 S.W.3d 223 (Tex. App. – Waco 1999, pet ref'd). *See* Exhibit A.

### D. Prayer

WHEREFORE, PREMISES CONSIDERED, for these reasons, Appellant's counsel requests that this Court grant this motion and enter an order withdrawing below signed counsel from representation of Phyllis Gwen Pruitt in the above referenced matter and for any such relief that he may be entitled.

Respectfully Submitted

BY: _____

Kyle Dansby
Attorney at Law
P.O. Box 1914
Marshall, TX 75671
(903) 738-6162
(888) 410-1583 (fax)
kdansbylaw@gmail.com
SBN: 24059180

### CERTIFICATE OF SERVICE

I, Kyle Dansby, attorney for Appellant, hereby certify that a true and correct copy of this Motion to Withdraw has been forwarded to the following on the 24th day of February, 2015:

Zan Brown
Gregg County District Attorney's Office
Via email to zan.brown@co.gregg.tx.us
Attorney for State

Alfonso Charles
Judge, 124th District Court, Gregg County, TX
101 E. Methvin, Suite 447
Longview, TX 75601

Via email to Terri.Shepherd@co.gregg.tx.us

Phyllis Gwen Pruitt, Appellant
Gregg County Jail
101 E. Methvin, Suite 635
Longview, TX 75601

Kyle Dansby
Attorney for Appellant
SBN: 24059180